**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS LOPEZ-CAMPOS,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-03751-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Denying Petiiton filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied with prejudice.

Dated: August 31, 2026

SHERI PYM
United States Magistrate Judge